# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| LISA MILTON, | : | |
| Plaintiff, | : | Case No.  3:12cv007 |
| vs. | : | District Judge Walter Herbert Rice |
| | | Magistrate Judge Sharon L. Ovington |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | : | |
| | : | |
| Defendant. | : | |

# ORDER

This case is before the Court upon the parties' Joint Motion For Remand.  (Doc. #7).  In light of the parties' agreement, the Court finds that an Order entering judgment in Plaintiff's favor and against Defendant, and remanding this matter to the Social Security Administration under sentence four of 42 U.S.C. §405(g), is warranted.

On remand, the Appeals Council will vacate its November 4, 2011 denial of review and re-process Plaintiff's request for review.  In doing so, the Appeals Council will provide Plaintiff's attorney with the materials he previously requested and an appropriate amount of time in which to submit additional evidence or arguments.  After reviewing any additional evidence and arguments, the Appeals Council will then issue a new decision.

## IT IS THEREFORE ORDERED THAT:

1. The parties' Joint Motion For Remand (Doc. #7) is GRANTED;

2. The Clerk of Court is directed to enter Judgment in favor of Plaintiff and against Defendant reversing Defendant's final decision and remanding this matter to the Social Security Administration pursuant to sentence four of 42 U.S.C. §405(g) for further proceedings consistent with this Order; and

3. The case is terminated on the docket of this Court.

April 3, 2012

                                                s/Sharon L. Ovington
                                                  Sharon L. Ovington
                                        United States Magistrate Judge